## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARMAIN TAYLOR**<br>**2836 Robinson Place, S.E**<br>**#102**<br>**Washington, DC 20020**<br><br>    **Plaintiff,**<br>  **vs.**<br><br>**TARIQUE ROBERTS**<br>**Individually and**<br>**in official capacity, 6500 5ᵗʰ Street, N.W.**<br>**Washington, D.C 20001**<br><br>**And**<br><br>**OFFICER JOHN DOE**<br>**Individually and**<br>**in official capacity, 6500 5ᵗʰ Street, N.W.**<br>**Washington, D.C 20001**<br><br><br>   **Defendants,** | **Civil Action No.: 1:24-vc-1643** |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

1. On or about April 15, 2024, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled *Charmain Taylor v. Tarique Roberts and Officer John Doe* Case No. 2024-CAB-002316.

2. Defendant Roberts was served with a copy of this lawsuit on May 22, 2024.

3.  The Writ of Summons, Complaint, Information Sheet and Initial Order served by the Plaintiff are attached as Exhibits A, B, C and D. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4.  This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority … [a]ny such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

5.  Defendants Roberts and John Doe are employees of WMATA as they are police officers with the Metro Transit Police Department.

6.  This is also a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. §1441 given the federal constitutional claims brought against Defendants Roberts and John Doe pursuant to 42 U.S.C. §1983.

7.  Defendant Roberts respectfully removes this case to the United States District Court for the District of Columbia within 30 days of being served with process.

WHEREFORE, Defendant Roberts requests that this entire action, now pending in the Superior Court of the District of Columbia, be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

/s/ *Janice L. Cole*
Janice L. Cole #440351
Senior Counsel II
Legal Department – WMATA
300 7th Street SW
Washington, DC 20024
(202) 962-2543
(202) 962-2550 (facsimile)

*Counsel for Defendant Roberts*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed first class,

postage prepaid, on the 5th day of June 2024 to:

RANDY EVAN MCDONALD, Esq.
1001 L Street, SE
Washington, DC 20003
Telephone: (240)491-7609
randyemcdonald@gmail.com
D.C. Bar Number: 985693
Counsel for the Plaintiff

/s/ *Janice L. Cole*
Janice L. Cole