0934

Metro Transit Police Arrestee's Injury / Illness Report

DATE 8-23-23 MTP# 2023-10048 CCN# 138700

OFFENSE LOCATION Congress Heights Metro 1290 Alabama Ave
(Station Address and Acronym)

ARREST LOCATION (CONG) 1290 Alabama Ave SE
(Address and/or Station Acronym)

TREATED BY FIRE BOARD ON SCENE? ☑ YES ☐ NO
TRANSPORTED BY AMBULANCE? ☐ YES ☒ NO

LOCATION TRANSPORTED FROM (Cong) 1290 Alabama Ave SE
(Station Address and Acronym)

## REQUEST FOR EXAMINATION:

The admission of Taylor (Last Name), Charmain (First Name) / [redacted] / F (Male/Female)

of 2836 Roberson Pl SE Apt 102 (Home Address) to UMC (Name of Hospital) Hospital is requested for examination and treatment. There is a charge of APO (Leading Arrest Charge) pending against him/her that was made by T. Roberts 573 (Arresting Member's Name & Badge Number). You are to notify Metro Transit Police (Name & Organizational Element), prior to his/her release.

8-23-23 1033 UMC
(Date and Time Transported to Hospital)

OFC. L. Christian
(Transported By)

## HOSPITAL/ATTENDING PHYSICIAN REPORT:

- ☐ Treated & Returned to Police Custody
- ☐ Treated and Admitted
- ☒ Treatment Refused by Patient Against Advice of Attending Physician
- ☐ Admission Refused by Patient Against Advice of Attending Physician

Physician's Remarks Pt deferred treatment including imaging but was ok with Tylenol; will [illegible]. Pt should return with worse symptoms if she desires care. [illegible]

[signature]
(Signature of Attending Physician)

MAXWELL, ANGELA
(Printed Name)

8/23/23
(Date)

1030
(Time)

## REPORT OF INJURY OR ILLNESS OF ARRESTEE:

**Nature of or cause of arrestee's injury or illness:**

Right Leg injured Due to the Arrest

left ARM injured Due to the Arrest

OC to the face from the Arrest

**I certify that the above Injury/~~Illness~~ was received in the manner described above:**

| | | | |
|---|---|---|---|
| *(Signature of Reporting Member)* | Louie Whi *(Member's Printed Name)* | *(Signature of Arrestee)* | ☒ *Signature Refused* |

## SUPERVISORY OFFICIAL'S REPORT

**I have reviewed the documentation related to this incident in order to ensure the completeness and accuracy of this report. I certify that the information provided in the preliminary investigation/determination and narrative portions, is a true and accurate reflection of events, to the best of my knowledge:**

**Did you witness the incident?** ☐ **Yes** ☒ **No**

| | | | |
|---|---|---|---|
| *(Signature of Supervisory Official)* | Louie Whi *(Printed Name)* | S-26 *(Badge)* | 8-23-23 *(Date)* |