## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARMAIN TAYLOR | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : **Case No. 1:24-cv-01643 ABJ** |
| | : |
| | : |
| TARIQUE ROBERTS, et al. | : |
| | : |
| **Defendants.** | : |
| | : |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff respectfully submits this response to the Court's Order to Show Cause regarding the unidentified "Doe" defendant.

At this stage, Plaintiff has been unable to ascertain the full identity of the officer referenced in the Complaint. The information currently available includes body-worn camera footage of a colleague of the unidentified officer. While that footage captures the officer's last name—"G. Hall"—it does not reveal the officer's full first name or any other identifying information sufficient to reliably determine his identity.

"G. Hall" is a common enough name, and Plaintiff has been unable, despite reasonable efforts, to narrow the identification to a specific individual. These efforts include search court records and internet databases.  Under these circumstances, Plaintiff has refrained from naming a specific officer to avoid the risk of misidentification, which could subject an uninvolved individual to undue embarrassment, reputational harm, or other adverse consequences.

Plaintiff intends to seek the officer's full identity through discovery, including requests directed to the defendant. Once the officer is properly identified, Plaintiff will

promptly seek leave to amend the Complaint to substitute the correct individual in place of the Doe defendant.

Accordingly, Plaintiff respectfully requests that the Court permit the Doe defendant to remain in the case at this time to allow for identification through discovery. In the alternative, Plaintiff requests sixty (60) days from the date of the Court's ruling on this issue to identify and name the Doe Defendant. Further, if the Court is inclined to dismiss the Doe defendant, Plaintiff respectfully requests that such dismissal be without prejudice, so that Plaintiff may reassert the claim once the officer's identity has been confirmed.

WHEREFORE, the undersigned respectfully asks this Court to extend the filing deadline an additional three weeks, to October 21, 2024, to respond to the motion to dismiss.

Respectfully Submitted,

Randy Evan McDonald, Esq.
6305 Ivy Lane
Suite 320
Greenbelt, MD 20770
(240)491-7609 (phone)
(301)710-0450 (fax)
Bar Number:  985693
rem@randyevanmcdonald.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2026, a copy of the foregoing was electronically served on all counsel of record via this Court's CM/ECF e-filing system.

Randy E. McDonald

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHARMAIN TAYLOR** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:24-cv-01643 ABJ** |
| | : | |
| | : | |
| **TARIQUE ROBERTS, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

UPON CONSIDERATION of the plaintiff's response to order to show cause and any objection thereto;

Plaintiff's request to have the DOE DEFENDANT remain in the case at this time is HEREBY GRANTED.

_____
Judge Amy Berman Jackson
U.S. District Court for the District of Columbia