# ATTACHMENT 1

**Trevor R. Hewick**

Private Civil and Criminal Defense Investigator
Adjunct Faculty Member
Master's Degree Management-Criminal Justice
Qualified Expert Witness Use-of-Force
Qualified Expert Witness Security Risk Assessment
Post-Conviction Investigations
Consultant on Police Department Operating Procedures
Licensed in Maryland, Florida, and West Virginia

918 West Lombard Street, Baltimore, Maryland 21223
(o) 202-628-6666 (c) 301-346-4344
email: thewickpsa@gmail.com
www.protocolsecurityagency.com



# CURRICULUM VITAE (rev. 10/27/2026)

## Owner / Sole Proprietor of Protocol Security Agency

- Private Civil and Criminal Defense Investigator
- Security Guard and Patrol Services

## Adjuct/Associate Faculty Member

Community College of Baltimore County (2022 – present)

- Introduction to Criminal Justice
- Criminal Justice and The U.S. Constitution

Notre Dame of Maryland University (2024 – 2024)

- Applied Defensive Techniques in Criminology

## Qualified as an Expert Witness:

State of Maryland Circuit and District Court

- Use of Force Investigation Policies, Practices, and Procedures
- Security Risk Assessments
- Conducting Criminal Investigations, Report Writing, and Arrest Policies
- Police Department General Orders and Standard Operating Procedures

United States District Court

- MPDC General Orders and Police Investigations
- Use of Force Investigation Policies, Practices, and Procedures

District of Columbia Superior Court

- Security Risk Assessments
- Metropolitan Police Department (MPDC) General Orders and Police Tactics
- MPDC Police Investigations
- Reconstruction of Crime Scenes

Alcohol Beverage and Cannabis Administration (ABCA) for the District of Columbia

- Security Risk Assessments
- Methodology Security Analysis
- Day to Day Operational Assessments
- Consultant and Instructor for ABCA Security Guards

## Education

Degree 1998 Bachelor of Science
University Maryland University College, College Park, Maryland 20742
Major: Criminal Justice Minor: Business Management Studies GPA: 3.34

Degree 2021 Master's Degree
University Maryland University Global Campus, College Park, Maryland 20742
Major: Management - Criminal Justice GPA: 3.92

## Law Enforcement Experience

1978 – 1999 Metropolitan Police Department Position: Detective Grade II
6001 Georgia Ave NW, Washington, DC 20011

- Violent Crime Detective (10 Years)
- Midnight Patrol Officer (10 Years)
- Establishing and Gathering of Human Intelligence
- Training Officer for Probation Officers and Detectives
- Police Cadet (1973-1975)

## Government Investigative Contracts:

Office of the Montgomery County Attorney Office Litigation Division (MCAO/LD) 2024 – present

- Expert Witness on False Arrest and Detention

Office of the State Attorney Office for Baltimore City (SAO/BC) 2024 - present

- Expert Witness on Use-of-Force for "Police Integrity Unit"

Local Government Insurance Trust (LGIT) 2022 - current

- Civil Investigations on behalf of Law Enforcement Officers and Agencies

State of Maryland Office of the Attorney General (OAG) 2016 – current

- Expert Witness on False Arrest and Detention
- Civil Defense Investigations
  - Wrongful Death and Use of Force Complaints
  - EEOC Investigations

State of Maryland Office of the Public Defender (OPD) 2004 - current

- Criminal Defense Investigations

United States Federal Government Criminal Justice Act (FPD-CJA) 2002 – current

- Criminal Defense Investigations
  - U.S. vs Philip Dupree (Civil Rights Violations) Expert Witness
  - U.S. vs Mark Clark (Civil Rights Violations) Expert Witness
  - U.S. vs Andra Vance (Civil Rights Violations) Expert Witness
  - U.S. vs Al Imam (Bengahzi Consulate Attack, *Death Penalty Case)
  - U.S. vs Larry Wilkerson (Domestic Drug Conspiracy, *Death Penalty Case, Murder Inc.)
  - U.S. vs Gregory Sitzmann (International Drug Conspriacy)
  - U.S. vs Larry Gooch (Domestic Drug Conspriacy, *Death Penalty Case)
  - U.S. vs James Becton (Domestic Drug Conspriacy)
  - U.S. vs John Haire (International Drug Conspiracy)
  - U.S. vs Yong Jun Yao (International Counterfieting and Contraband Smuggling Conspriacy)
- Criminal Defense §2255 Post-Conviction Investigations
  - §2255 Investigation Rodney Moore vs U.S.
    - Ineffective Assistance of Counsel and Investigator
    - Prosecutorial Misconduct
    - Police Officer Misconduct
    - Cooperating Witnesses (CWs) colusion on testimony, while in custody
    - Prisoner Guards fratinization with CWs (drugs, contraband, sexual favors, etc.)
    - Due Process Violations
    - Abuse of Grand Jury Witnesses

- §2255 Investigation Anderson Straker vs U.S.
  - Ineffective Assistance of Counsel and Investigator
  - Prosecutorial Misconduct
  - Police Officer Misconduct
  - Cooperating Witnesses (CWs) colusion on testimony, while in custody
  - 5th and 14th Amendment Due Process Violations
- §2255 Investigation David Wilson vs US
  - Ineffective Assistance of Counsel and Investigator

**Private Investigative Contracts**

- Criminal Defense Investigation
  - U.S. vs Thomas Smith (FOP) (2x Deprivation of Civil Rights)
  - State of Maryland vs Jeffrey Harris (Assualt Second Degree, Misconduct in Office)
  - U.S. vs Terence Sutton (Murder II and Obstruction of Justice)
  - State of Maryland vs John Delich (1st Degree Armed Assuat on a Police Office) Not Guilty
  - U.S. vs Joseph Price et al. (Swann Street Conspriacy to Commit Murder) Not Guilty
  - State of Maryland vs Robert Pearson (Armed Carjacking) Not Guilty
  - State of Maryland vs Dr. Frederick Corder (Animal Abuse) Plea w/Home Detention
  - State of Maryland vs Abere Karibi-Ikiriko (Murder) Not Guilty
  - U.S. vs Michael Nmagu (Medcaid and Medicare Fraud) Plea w/Home Detention
  - U.S. vs Mark Parentau (17x Sexual Abuse Minor) Plea 1x Count w/18 months Detention
  - State of Maryland vs Dean Pantazes (1st Degree Murder) Guilty
  - U.S. vs Wassim Saleh & Ehab Saleh (Medicaid and Medicare Fraud) Plea w/Probation
- Civil Plaintiff Investigation
  - Stanton vs Shoppers Food Warehouse et al., (Excessive UOF/False Detention) Settlement
  - Demetrius Blaine vs 7-Eleven, Inc., et al., (Reasonable security care/shooting) Settlement
  - Jacinta McInnis vs 7-Eleven, Inc., et al., (Reasonable security care/shooting) Settlement
  - Ivanhoe vs BPD of Baltimore City, Maryland (UOF & False Arrest w/injury) Settlement
  - Estate of Anton Black vs Greensboro Police Department, et al (Wrongful Death) Settlement
  - Dalima Palmer vs Ocean City Police Department (Use-of-Force) Settlement
  - Johana Abregado vs Montgomery County Police Department (False Arrest w/injury) Settlement
  - Kimberly M. Parker vs Annapolis City Police Department (False Arrest and Detention)
  - Nnaemeka Okoli vs Montgomery County Police Department (False Arrest w/injury) Settlement
  - JGL vs Deonte Caraway and PG County School System (Sexual Abuse of Students) Settlement
  - JGL Robert Pearson vs PG County Police Department (False Arrest and Detention) Settlement
  - JGL w/Prince Georges County Public School Board (Superintendent Background)
  - JGL vs Alex Medouni (Child Custody)
  - ABCA Establishments:
    - Aqua, Club U, Club 55, DC Tunnel, Dreams, Love, Cada Vez & Takoma Park Station
- Civil Defense Investigations
  - Donohoe v. Montgomery Cty PD, Maryland (False Arrest) C-15-CV-24-002510
  - Diallo v. Skiba & Montgomery Cty PD, Maryland (False Arrest) Case No. C-15-CV-24-004527
  - Darryl Howard v. City of Durham, NC (False Arrest) Case No. 17CV477
  - Anthuan Phu Pham v. Giant of Maryland LLC, et al. (Use of Force) Case No. 18-313 (RBW)
  - Estate of Anthony Hammond v. MSP & Trooper Michael S. Cox (Wrongful Death) 2012
  - James Jackson v. State of Maryland, et al. (False Arrest) Case No. 08-CV-16-001143
- Administrative Consultant and Invesigation for Fraternal Order of Police (FOP) Labor Union
  - James Pressler & Patrick Senftle, PC
    - Adverse Actions, Terminations, Labor Grievances, Arbitration, and Appeals

## Professional Memberships

International Association of Chiefs of Police (IACP)
Police Executive Research Forum (PERF)
National Defender Investigators Association (NDIA)
Association of Force Investigators (AFI) (past)
American Society for Industrial Security (ASIS) International

## Publication Subscriptions

Chiefs of Police Magazine (IACP) monthly
PERF quarterly
On Guard (El Dorado Insurance Agency) quarterly
ASIS tutorials
Working PI Magazine monthly

## Labor Union Experience

Metropolitan Police Department (1986 – 1999)

- Chief Shop Steward and Shop Steward for the FOP Labor Committee
    1. Negotiating Labor Union Contracts
    2. Equal Employment Opportunity Compliance
        a. Sexual Harassment
        b. Employee Discrimination
    3. Labor Union Disciplinary Advocate
        a. Adverse Actions, Terminations, Labor Grievances, Arbitration, and Appeals
        b. Detective Grade 1 Class Action Labor Grievance to PERB

## Certifications and Training

IACP 2026 Conference: presented by International Association of Chiefs of Police (October 2026/ 11.5 hours)
-Before the Trigger Pull: How Pre-Threat Decisions Shape4 Use-of-Force Analysis (1.5 hrs)
-Officers' perspective at the precise instant force is used, and Case Law
-Supreme Court Update – presented by IACP Legal Officers Section (1.0 hrs)
-The Moment Matters: Reimagining Active Bystandership in Law Enforcement (1 hour)
-Training Strategic and Critical Thinking for Better Outcomes in Police Stops (1.5 hours)
-AI and the Future of Police Report Writing (1 hour)
-After Action and Lessons Learned from FIFQA World Cup (1.5 hours)
-Protecting Our Seniors: Collaborative Strategies to Prevent and Combat Elder Fraud (1 hour)
-Training and Policy Failures Courts Care about: Moment of Threat, De-Escalation, and Civil Liability (1.0)
-Case Review: An Attack that Killed 4 LEOs and Wounded 4 at Charolette, NC (1.5 hours)
-How Checklists are Improving Police Decisin-Making and Performance (1 hour)
-Does Training Matter? Unpacking the Value of Training for SROs (1 hour)

Use of Force Summit 2025: presented by Daigle Law Group (DLG) (December 2025/ 16.25 hours)
-Current Trends- SCOTUS and Reasonable Interpretation- presented by Daigle (1.5 hours)
-Officer Created Jeopardy- presented by Daigle (1.5 hours)
-How We Train Matters as Much as What We Train: UOF Decision-Making- presnted by Creter (1.25 hours)
-Perception-Response Times for Use of Force- presented by Dr. Paul L. Taylor (1.25 hours)
-Perception-Response times research analysis of OIS studies, Decision-Making Skills
-Red String Approach: What You Find Is What You Fix- presented Chief Liam Duggan (1.25 hours)
-Science of Prone Restraint Deaths- presented by Dr. G. Desmoulin (1.5 hours)
-8 Risk Factors During Prone Restraints
-UOF Analysis – What Leaders Need to Know- presented by Ret. Lt. Dillion (1.5 hours)
-Decision-Making, Discourse Analysis, Prone Restraints, and Cognitive/Confirmation Bias
-Science Based Interviewing for UOF Investigations- presented by Capt. Christian Cory (1.25 hours)

-Collecting high-quality staement evidence, minimizes biases and improve statement accuracy
-Analyzing the Reasonableness of Defensive Tactic- presented by Cpl. K. Selverian (1.25 hours)
-Firearm and Taser Response
-Use of Force Investigations: It is not as simple as Graham v. Connor anymore- presented by Chief Case (1.25)
-The Advantage of Anticipation in Decision Making in Force & Beyond- presented by Dr. Lewinski (1.5 hrs)
-Priming and Anticipation in Decision-Making, Performance, and Perceptual & Cognitive Analysis
-Hindsight Bias in Use of Force Investigations- presented by Dr. Taylor (1.5 hours)
-Hindsight Bias, Outcome Bias, and Confirmation Bias/Cause and Effect; Decision-Making
Maryland Consortium of Criminal Justice College Educators 2025 (MCCJCE) Conference (April 2025/ 8 hours)
Use of Force Summit 2024: presented by Daigle Law Group (DLG) (December 2024/ 19.0 hours)
-Current Trends- SCOTUS and Reasonable Interpretation- presented by Daigle (1.5 hours)
-Officer Created Jeopardy- presented by Daigle (1.5 hours)
-How We Train Matters as Much as What We Train: UOF Decision-Making- presnted by Creter (1.25 hours)
-LE Active De-escalation: Strategies a Measurable Method- presented by Ret. Lt. Dillion (1.25 hours)
-LEADS strategies and effective communications, Decision-Making Skills,
-Impact of Unreasonable UOF- presented by Terri Wolfong (1.25 hours)
-Biomechanics from Video Evidence- presented by Dr. G. Desmoulin (1.5 hours)
-UOF Analysis – What Leaders Need to Know- presented by Ret. Lt. Dillion (1.5 hours)
-Decision-Making, Human Dynamics, Psychomotor Skills, and Physiology Factors
-Tag You're It! The Duty to Intervene and Bystander Liability- presented by Atty E. Atstupenas (1.25 hours)
-Concepts of duty to intervene and bystander liability, applicable legal and policy standards, and modern approaches to these concepts
-The Limitations of Video for UOF Investigations- presented by FS CEO Von Kliem (1.25 hours)
-Cynefin Critical Decision-Making Framework, Intersection of police practices, law, video technology, and human performancefocusing on the limitations of body camera footage capturing the officers' experiences during critical incidents
-Why Words Matter- presented by A/Chief Lawrence Tara (1.25 hours)
-Force Science Research-Discerning Critical Performance Elements- presented by Dr. Lewinski (1.5 hours)
-Understanding Psychological & Physiological Factors that Affect Threat Assessment
-Decision-Making, Performance, and Memory during High-Stressed Encounters
-The Impact of Human and Organizational Factors on UOF- presented by Dr. Taylor (1.5 hours)
-Critical Defensive Tactics, A New Standard in UOF Training- presented by AGO Kenny Lott (1.25 hours)
-UOF Defensive Tactics Curriculum and Training Standards
Maryland Consortium of Criminal Justice College Educators 2024 (MCCJCE) Conference (April 2024/ 8 hours)
Use of Force Summit 2023: presented by Daigle Law Group (DLG) (November 2023/ 19.0 hours)
-UOF Current Trends- presented by Daigle (1.5 hours)
- The Legal Balance Between Duty of Care and UOF- presented by Daigle (1.5 hours)
-How We Train Matters as Much as What We Train: Teaching UOF- presnted by Michael Creter (1.25 hours)
-Law Enforcement Active De-escalation: Realistic and Measurable- presented by Ret. Lt. Dillion (1.25 hours)
-Cooperation During UOF Investigations- presented by Cpl. K. Selverian (1.25 hours)
-The Science of Violence: Biomechanics from Video Evidence- presented by Dr. G. Desmoulin (1.5 hours)
-UOF Concepts & Analysis for Police Leaders & Trainers- presented by Ret. Lt. Dillion (1.5 hours)
-Decision-Making, Human Dynamics, Psychomotor Skills, and Physiology Factors
-HOW Did That Happen? Understanding UOF Events- presented by Chief L. Duggan (1.25 hours)
-NTOA Standards-Public Order UOF- presented by S. Fomby (1.25 hours)
-Crowd Management, Intervntion and Control: Chemical Usage (O.C. spray, etc.)
-Civil Liability Considerations for UOF Investigations- presented by Wallentine, Esq. (1.25 hours)
-Force Science Research: Human Performance Elements of a UOF- presented by Dr. Lewinski (1.5 hours)
-Understanding Psychological & Physiological Factors that Affect Threat Assessment
-Decision-Making, Performance, and Memory during High-Stressed Encounters
-The Impact of Human and Organizational Factors on UOF- presented by Dr. Taylor (1.5 hours)
-Chemical Agents: What Rules have Changed, and What Rules Remain- presented by D/C Case (1.25 hours)

-UOF Standards for Chemical Agents, What Chemical Agents should be Used and How
-Development of Psychomotor Skills and Effective Training Strategies- presented by M. Creter (1.25 hours)
-Developing Instructor Skills and Teaching Methodologies to Effectively Deliver Psychomotor Skills; Coordinate and Facilitate Effective Police Combat Psychomotor Drills

Use of Force Summit 2022: presented by Daigle Law Group (DLG) (November 2022/ 19.0 hours)
-UOF & Qualified Immunity: National Issues, Better Policy and Training- presented by Daigle (1.5 hours)
-Mental Health & De-Escalation: Other options for Mental Health Issues-presented by Daigle (1.5 hours)
-UOF Reporting & UOF Investigations- presented by Daigle (1.25 hours)
-Perception-Response Times for OIS Investigations- presented by Dr. Taylor (1.25 hours)
-Teaching UOF Decision-Making- presented by Lt. Creter (1.25 hours)
-Video Evidence Basics for the Police UOF Investigator- presented by Josh Guthrie (1.5 hours)
-UOF Concepts & Analysis for Police Leaders & Trainers- presented by Ret. Lt. Dillion (1.5 hours)
-Decision-Making, Human Dynamics, Psychomotor Skills, and Physiology Factors
-Addressing the Reluctant Officer: Is It Failure or Hesitancy- presented by D/C Case (1.25 hours)
-The Duty to Intervene & Bystander Liability- presented by Esq. Eric Atstupenas (1.25 hours)
-CALEA Accreditation Standards for UOF- presented by Esq. Joseph Race (1.25 hours)
-UOF: Forensic Science Research Human Performance Elements- presented by Dr. Lewinski (1.5 hours)
-Understanding Psychological & Physiological Factors that Affect Threat Assessment
-Decision-Making, Performance, and Memory during High-Stressed Encounters
-UOF: Impact of Human & Organizational Factors (Biasing Factors)- prsented by Dr. Taylor (1.5 hours)
-Linear Framework and Cynefin Decision-Making Framework
-The Silence of Violence: Introduction to Biomechanics- presented by Dr. Desmoulin (1.25 hours)

IACP 2022 Conference: presented by International Association of Chiefs of Police (October 2022/ 15.5 hours)
-Critical Decision-Making: A Story of Change in Use-of-Force – presented by M. Ausmus FLETC (1.5 hrs)
-Human Performance, Physiology Factors, Psychomotor Skills, and Case Law
-Supreme Court Update – presented by IACP Legal Officers Section (1.0 hrs)
-Ethics – presented by IACP Legal Officers Section (1.25 hours)
-De-escalation as an Outcome – presented by Dallas Police Department(1.0 hrs)
-Use-Of-Force: Finding Our Way Forward through Police Reform – presented by DLG (1.25 hours)
-Case Law, Why? Decision-Making, Physiology, and Human Factors
-Violence Reduction: Challenges, Solutions, and Lessons Learned – presented by IACP (1.0 hours)
-Homicide and Shooting Reviews: A Police and Public Health Partnership to Reduce Firearm Viol. (1 hour

Use of Force Summit 2021: presented by Daigle Law Group (DLG) (November 2021/21 hours)
-UOF Investigation, presented by Atty Eric Daigle (1.25 hours)
-Investigative Failures and How to Avoid Them, presented by Dr. Paul Taylor (1.25 hours)
-Navigating Policies During a UOF Investigation, presented by Kevin Selverian (1.25 hours)
-UOF Concepts and Analysis for Police Leaders and Trainers, presented by Ret. Lt. Kevin Dillon (2.5 hours)
-Human Dynamics, Psychomotor Skills, and Physiology Factors
-An Officer's Truth vs. The Objective Facts of the Case, presented by Dr. Jamie Borden (1.25 hours)
-Fourth Amendment Reasonableness Analysis Chart
- Force Investigations: A Leaders Perspective, presented by Atty Ken Wallentine (1.25 hours)
-Human Performance in UOF, presented by Dr. William Lewinski (2.25 hours)
-Applying Human Factors to Force Investigations, presented by Dr. Paul Taylor (1 hour)
-Interview for Force Investigation, presented by Dr. Paul Taylor (1.25 hours)

LEA ONE 2021: Police Legal Advisor Training Program, presented by Bruce-Alan Barnard (August 3, 2021/32 hours)
-Search and Seizure Law for Police Legal Advisors
-Fourth Amendment Refresher
-Objective Reasonable Standard
-The Evolving Law of Traffic Stops
-Legal Aspects of the UOF
-Evolution of the "Reasonable Officer" Standard
-UOF Case Law Updates

-Electronic Surveillance and Emerging Technologies
-Implict Bias in Policing – Separating the Science from the Politics, presented by Atty Poppi Ritallo (2 hours)
-Constitutional Policing (2 hours)
-Interrogations and Interviews, presented by Atty James McAdams (2 hous)
-Officer Liability, Supervisor Liability, and Municipal Liaibility (2 hours)
-Law Enforcement Officer Training Requirements (1 hour)
-Emerging Legal Trends (1 hour)

IACP 2020 Conference: presented by International Association of Chiefs of Police (October 2020/ 16.75 hours)

Use of Force Summit 2019: presented by Daigle Law Group (DLG2019) (November 2019/21 hours)
-UOF Current Trends-Legal Standards for Policy Training;
Developing Effective Use of Force Policies and Training, presented by Atty Eric Daigle (2 hours)
-De-Escalation and Mental Illness, presented by Atty Eric Daigle (1.25 hours)
-Arrest Related Death Investigations, presented by Atty Isaiah Fields (1.25 hours)
-Force Reporting and Force Investigation, presented by Atty Eric Daigle (1.25 hours)
-Cell Extractions Pre-planned Use of Force, presented by Capt. Brian Zawilinksi (1.25 hours)
-Use of Force-Training, Transfer, Devployment and Court, presented by Kevin Dillon (LOCKUP) (2.25 hours)
-Self-Inflicted Video, presented by Grant Fredericks (2.5 hours)
-Tactical Operations Legal presented by Chief/Atty Michael Whalen (1.25 hours)
-Developing Use of force Training on PowerDMS, presented by Atty Eric Daigle (1.25 hours)
-Biomechanical Aspects of Use of Force Encounters presented by Jamie Borden-Force Science Instr(2.5 hours)
-Officer Involved Shooting Diferent Perspective,s presented by Atty Eric Daigle (1.25 hours)
-Administrative Investigation, presented by Capt. Brian Zawilinksi (1.25 hours)

IACP 2019 Conference: presented by International Association of Chiefs of Police (October 2019/ 16.75 hours)
-Chicago Police Crsis Intervention Team Program: Core Elements in Practice (1.50 hrs)
-Advances in Police Investigative Techniques – presented by NIJ (1.50 hrs)
-Ethics for Police Legal Advisors (1.00)
-De-escalation and Other Use of Force Concepts (2.00 hrs)
-Use of Force and De-escaltion: Innovations in Policy and Training (1.50 hrs)
-Brady and Giglio: Implications and Requirements for Law Enforcement (1.50 hrs)
-Protests, 1st Amendment Auditors, and Agitators (1.25 hrs)
-Approaches to Invesigating Office-Involved Shootings from LE and Prosecutors Perspectives (1.50 hrs)

Use of Force Summit 2018: presented by Daigle Law Group (DLG2018) (November 2018/21 hours)
-UOF Current Trends-Legal Standards for Policy Training;
Developing Effective Use of Force Policies and Training, presented by Atty Eric Daigle (2 hours)
-De-Escalation and Mental Illness, presented by Atty Eric Daigle (1.25 hours)
-Arrest Related Death Investigations, presented by Atty Isaiah Fields (1.25 hours)
-Force Reporting and Force Investigation, presented by Atty Eric Daigle (1.25 hours)
-Cell Extractions Pre-planned Use of Force, presented by Capt. Brian Zawilinksi (1.25 hours)
-Use of Force-Training, Transfer, Devployment and Court, presented by Kevin Dillon (LOCKUP) (2.25 hours)
-Self-Inflicted Video, presented by Grant Fredericks (2.5 hours)
-Tactical Operations Legal presented by Chief/Atty Michael Whalen (1.25 hours)
-Developing Use of force Training on PowerDMS, presented by Atty Eric Daigle (1.25 hours)
-Biomechanical Aspects of Use of Force Encounters presented by Jamie Borden-Force Science Instr(2.5 hours)
-Officer Involved Shooting Diferent Perspectives presented by Atty Eric Daigle (1.25 hours)

Dental Embezzlement: Investigation Meets Prosecution presented by Maryland State Dental Association
David G. Harris CEO, Prosperident, Inc (October 2018/3 hours);

IACP 2018 Conference: presented by International Association of Chiefs of Police
-De-Escalation: Use-of-Force Legal Standards and Tactics presented by IACP (Oct. 2018/2 hours)
-Assessing Use-of-Force Policies presented by IACP (Oct. 2018/1 hour);
-The National Use-of-Force Data Collection presented by IACP (Oct. 2018/1.50 hours);

-Strategic Disengagement with Persons in Crisis: A De-Escalation Policy Overview and SWAT Implementation, presented by IACP (October 2018/1.50 hours)
Promoting Excellence if First-Line Supervision presented by PERF, Washington, DC (April 2018/8 hours);
IACP 2017 Conference: presented by International Association of Chiefs of Police
-Use-of-Force: How do current trends influence Policy, Training, and Investigations, (2 hours)
Shooting Reconstruction Certification presented by Forensic Pieces, LeCanto, Florida (Aug 2017/40 hours);
The Changing Trends of Investigations presented by PERF, Washington, DC (Aug 2017/8 hours);
ICAT (Integrating Communications, Assessment, and Tactics) Training presented by PERF (2017/8 hours);
Criminal Justice Act (CJA) Contract Investigators Training, presented by DC PDO (2006/20 hours);
MPDC and FBI Homicide Training presented by MPD and FBI (1992/3 weeks);
MPDC Training Academy (1978)

## Conferences Attended

2026 IACP Conference, Orlando, Florida
2025 DLG 2025 Use of Force Summit, Uncasville, Connecticut
2024 DLG 2024 Use of Force Summit, Uncasville, Connecticut
2023 DLG 2023 Use of Force Summit, Uncasville, Connecticut
2022 DLG 2022 Use of Force Summit, Uncasville, Connecticut
2022 IACP Conference, Dallas, Texas
2021 DLG 2021 Use of Force Summit, Uncasville, Connecticuit
2021 Fourth Annual Law Enforcement Active Bystandership Conference, (Zoom)
2021 LEA ONE 2021: Police Legal Advisor Training Program (PLATP), Cocoa Beach, Florida
2019 DLG 2019 Use of Force Summit, Uncasville, Connecticuit
2019 IACP Conference, Chicgao, Illinois
2018 DLG 2018 Use of Force Summit, Uncasville, Connecticuit
2018 IACP Conference, Orlando, Florida
2018 NDIA Conference, Annapolis, Maryland
2017 IACP Conference, Philadelphia, Pennsylvania
2017 ICAT (Integrating Communications, Assessment, and Tactics) Training and Implementation Meeting Sponsered by PERF and Camden County Police Department, Camden County, New Jersey
2017 PERF and Major Cities Chiefs of Police (MCCP) Conference, Las Vegas, Nevada
2017 Organization of Racing Investigators Conference, Tampa, Florida
2015 ASIS Conference, New York, NY

## Employment

Apr 2000 – Present Protocol Security Agency Position: Owner/Private Investigator
Owner – Sole Proprietor
918 West Lombard Street, Baltimore, Maryland 21223: (O) 202-628-6666
Licensed in Maryland, and Florida

- Civil and Criminal Defense Investigator
    1. Violent Crime Investigations
        - Murder, Sex Offenses, and Armed Assaults
    2. International and Domestic Federal Conspiracies
    3. Systematic Theft Schemes and Pattern Criminal Offenses
    4. White-Collar Criminal Offenses
- Unarmed and Armed Security Guard and Patrol Services
- Security Consultant
    1. ABC Establishments
    2. Commercial and Residential

3. Security Personnel Training
- International Air Transport Association (IATA)/Cargo Network Services (CNS)
  1. Cargo Transport Site and Business Inspections

Apr 1999 – Nov 2002 Prince George's County Public School System Position: Investigator/Counselor
507 Largo Road, Largo, Maryland 20772: (O) 301-499-7000
- School Safety Issues
  1. Criminal Violations
  2. Drug Interdiction
  3. Gang Interdiction
- Interaction with school administrators, teachers, and staff
- Counseling and Peer Mediation

## Media Appearences

FOX, CNN, "The Factor" Bill O'Reilly, Roger Cossack, Greta Van Susteren, Shepard Smith, Local TV 4, 5, 7, 9

## Major Achievements and Commendations

June 2025 Mass Shooting: March 4, 2021, 7-Eleven, Washington, D.C. Provided a Security Risk Assessment opinion related to the Defendants obligation for providing reasonable security measures addressing a duty of care, a breach of care, the foreseeability of the risk of danger and crime, a direct causation or proximate cause for death or injury, and other risk factors associated with this AWIK (handgun/shooting), by one armed assailant, where 5 (five) customers sustained gunshot wound injuries, as well as endangering other customers, invitees, employees, and the community for the 7-Eleven Store; confidential settlement agreement

October 2023 Mass Shooting: Frostburg University, Frostburg, Maryland; Criminal defense investigation for the State of Maryland Office of the Public Defender; 5 shot with 1 deceased victim; 4 co-defendants; expert witness review of police reports, policies and procedures, ballistics and crime scene investigation, ME report review, and witness interviews.

August 2022 Estate of Anton Black vs Greensboro Police Department, et al; Wrongful Death, positional asphyxiation, in police custody civil action September 15th, 2019; 5-million-dollar settlement to Estate of Anton Black; Maryland Law Enforcement Officer Bill of Rights (LEOBR) changed through Maryland Legislation

September 2019 Trinidadian Kidnap and Murder Conspiracy of US Citizen; post-conviction and international investigation involving ineffective assistance, prosecutorial misconduct, and police misconduct; all six (6) defendants resentenced and released by February 2020

March 2019 Benghazi Consulate Attack; traveled to Libya for federal trial investigation.

October 2018 Dr. Ford and Justice Kavanaugh investigation and research

April 2018 Guest Speaker at National Defender Investigation Association (NDIA) Conference:
Doing More with Less: Strategies for Effective Defense Investigations Under the Criminal Justice Act

Sponsored by NDIA and The DC Public Defenders Service

June 2016 Completed and passed requirements for the State of Florida Private Investigator Agency and Security Guard Agency licenses.

March 2014 Member of the Metropolitan Police Department, Washington, D.C. (MPDC) "Professional Conduct and Intervention Board" that monitors and sets policy on Police Misconduct Issues, Use of Force

Investigations, Disciplinary Matters, and Crisis Intervention Programs for police officers in accordance with the MPDC General and Special Orders, the contractual Labor Agreement with MPDC Fraternal Order of Police (FOP) members, Metropolitan Police Employee Assistance Program (MPEAP), and the MPDC Police Personnel Management System (PPMS).

June 2013 Established a Security Guard Services branch of Protocol Security Agency that is licensed, bonded and insured to conduct armed and unarmed security guard and patrol services in Maryland.

Sept 2008 Instructed attorneys for the Office of the Public Defender for the State of Maryland in the reconstruction of crime scenes.

Sponsored by Office of the Public Defender, Attorney Mary Jo Livingston

June 2006 Instructed the Alcohol Beverage Regulation Association (ABRA) Board members and attending ABRA licensee management and security teams on "The Force Continuum Wheel" regarding Use of Force issues for security personnel employed to work for ABRA licensed establishments.

Sponsored by the Law Office of Brown, Wilmot and Bagwell and ABRA.

March 2006 Developed and instructed an Instructional Training Program for security personnel working in Alcohol Beverage Regulation Association (ABRA) establishments.

Sponsored by the Law Office of Brown, Wilmot and Bagwell.

March 2004 Contributed to the instruction of the Criminal Justice Act (CJA) Attorney Panel for the District of Columbia Superior Court on the Metropolitan Police Department (MPDC) General Orders, Police Investigations, and Police Procedures on crime scene search investigations and reconstruction of crime scenes.

Sponsored by CJA Attorney Panel, Attorney Betty Ballister

October 2003 Contributed to the instruction of the Criminal Justice Act (CJA) Attorney Panel and the District of Columbia Public Defenders Service (DCPS) Attorney Office for the District of Columbia Superior Court on Interviews and Interrogations; "The Reid Technique".

Sponsored by the D.C. Public Defenders Service, Attorney Anthony Matthews

March 2003 Instructed the Criminal Justice Act (CJA) Attorneys Panel for the District of Columbia Superior Court on the Metropolitan Police Department (MPDC) General Orders and Police Procedures on police reports and report writing.

Sponsored by the CJA Attorney Panel, Attorney Betty Ballister

April 1997 Selected by the firm Booz-Allen & Hamilton and the Metropolitan Police Department, Washington, D.C. (MPDC) in the Group of 21 (G-21) to participate in a wholistic approach in restructuring the organizational and police operations of the MPDC. The G-21 Group was compromised of sworn Police Command Staff, Officers and Civilians. I was the only Detective selected to participate in the restructuring.

July 1996 Lead Detective in the first Community Empowerment Policing Prosecution (CEPP) of a street crew in the District of Columbia under the direction of United States Attorney Judge Eric Holder and MPDC Fourth District Police Commander Robert C. White. The investigation and prosecution led to the arrest and conviction of thirty-seven suspects dubbed the "Fern Street Crew" that terrorized the Shepherd Park Community in Washington, D.C.

**Civil and Criminal Investigations (EEOC, Medicaid and Medicare Fraud, etc)**

Lawsuits against police departments – Joseph, Greenwald and Laake (JGL)

Estela Jacome de Espina vs Prince George's County, Md - CAL09-23501 (JGL)

-Wrongful Death and Excessive Use of Force ( $11.5 million)

Robert L. Peason vs Prince George's County, Md - CAL07-02110 (JGL)

-False Arrest and Detention ($70K)

Prince George's County Public School System (PGCPSS)

-Investigation into School Board Member 2007 (JGL)

- Adminstrative Employment Background for Superintendent (JGL)

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

**Security Risk Assessment Civil Litigation**

August 8, 2024

My Security Risk Assessment expert witness services opinion was requested by Ferris Bond Esquire, of Bond & Norman Law, P.C. and Jason R. Goren Esquire, of Slocumb Law Firm, LLC in the matters of Jacinta McInnis v. 7-Eleven, Inc., et al., Case No. 2024 CAB 000903 and Demetrius Blaine v 7-Eleven., et al., Case No.: 2022-CAB-005683, respectively; and,

To review, investigate, and analyze the assault with intent to kill handgun shooting (AWIK (handgun/shooting)) that occurred on March 4th, 2021, at about 4:56 pm at the 7-Eleven Store located at 3900 Martin Luther King Jr. Avenue SW, Washington, DC 20032; and,

Provide a Security Risk Assessment opinion related to the Defendants obligation for providing reasonable security measures addressing a duty of care, a breach of care, the foreseeability of the risk of danger and crime, a direct causation or proximate cause for death or injury, and other risk factors associated with this AWIK (handgun/shooting), by one armed assailant, where 5 (five) customers sustained gunshot wound injuries, as well as endangering other customers, invitees, employees, and the community for the 7-Eleven Store.

June 2025, In the matters of Jacinta McInnis v. 7-Eleven, Inc., et al., Case No. 2024 CAB 000903 and Demetrius Blaine v 7-Eleven., et al., Case No.: 2022-CAB-005683 came to an undisclosed financial settlement for both Plaintiffs Jacinta McInnis and Demetrius Blaine.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

**Post-Conviction Investigation**

The Federal Public Defender (FPD) of Washington, D.C. through panel Attorney Matthew Peed retained my services to investigate a Habeas §2255 petition filed by Anderson Straker. In 2009, Straker and five (5) co-defendants were convicted in District Court, Washington, D.C. of a 2005 international Kidnapping and Murder Conspriacy of a United States (US) citizen that occurred in Trinidad, West Indies. Straker and the five (5) co-defendnats were sentenced to Life imprisonment without parole. When all filings were complete, the USAO conceded to a new trial for six (6) defendants.

United States vs. Anderson Straker, et al - 06-CR-106 JB – Kidnapping and Murder Conspriacy

> *"On 2006, Anderson Straker and eleven (11) co-defendants were indicted in the District Court of Washington, D.C. for a planned kidnapping for ransom of a US Citizen who eventually died in the custody of the kidnappers. After the death of the US Citizen, his body was dismembered and packaged into two (2) containers and buried into two(2) unmarked grave sites. All the events occurred in Trinidad, West Indies. An investigation into the matter was conducted by the United States Attorney Office (USAO) and the Federal Bureau of Investigation (FBI), as well as the Trinidad And Tobago Police Service (TTPS). This was a death penalty eligible case.*

Defendant Straker's Habeas §2255 petition claimed attorney ineffective assistance, joint venture investigation violations between the USAO and TTPS, and 4th and 5th amendment violations. An investigation that was conducted in Trinidad revealed that the petition claims had some merit. The investigation in Trinidad also revealed aspects of prosecutorial grand jury and witness misconduct; FBI misconduct on assaulting defendant Straker, advisement of rights, and a FBI Agent having intimate relations with decedant's niece; Ineffective assistance against the trial attorney and the trial investigator for failing to investigate incidents in Trinidad and failing to have witnesses located, interviewed and available for testimony at motions and trial matters. Colusion between co-defendants and the TTPS; And finally, colusion between the USAO and a co-defendant that gave testimony against the six (6) defendants that went to trial.

The USAO conceded to a new trial for six (6) defendants.

*****************************************************************************************

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

**Criminal Defense Investigation**

The Office of the Public Defender Anne Arundel County (OPDAAC) retained my services to investigate the criminal charges filed against Raynard Boston, reconstruct the crime scene that involed the client allegely discharging of a firearm, consult on Anne Arundel County Police Department's (AACPD) general orders and standard operating procedures, consult on AACPD's Police Tactics, consult on AACPD processing crime scene procedures, and reviewing, investigating and critiquing AACPD detective's investigation.

State of Maryland vs Raynard Boston - 02-K-13-00243 – Attempted 1st Degree Murder & 1st Degree Assault

> *"On 2-15-2013, Raynard Boston was a patron at a night club where a dispute arose between Mr. Boston and the night club security officer. Mr. Boston was assaulted by the security officer and the security officer was alledgedly shot with a handgun by Mr.Boston. A second subject was injuried by the gun fire. All these events were captured by the night club CCTV cameras and observed by numerous witnesses. The AACPD arrived on the scene, attended to the injuried victims, preserved the crime scene, investigated the crime, and processed the crime scene. Mr. Boston was devloped as a suspect and subsequently arrested and charged with Attempted 1st Degree Murder and 1st Degree Assault."*

An AACPD Crime Scene Search Unit responded to the crime scene, processed and photographed the shooting crime scene, and collected evidence, but failed to diagram the shooting crime scene and take any measurements of the physical evidence recovered.

Our crime scene reconstruction consisted of the crime scene being diagramed, measurments taken of the collected evidence and the evidence placement, as well as reviewing the CCTV video suveillance with the statements of the witnesses and the collected evidence. The reconstruction of the crime scene revealed that the AACPD officers and their supervisor failed to properly preserve the crime scene. The AACPD Crime Scene Unit processed the crime scene after it had been contaminated by not only witnesses, but police officers as well. The State of Maryland and the AACPD based their whole case against Mr. Boston on the CCTV video surveillance recordings and identification of Mr. Boston on eye witness testimony. The reconstruction of the crime scene and revealing the AAPCD failure to properly secure and process a crime scene in violation of AACPD general orders and standard operating procedures, and a flawed investigation by AACPD detectives led to a successful defense of Mr. Boston.

A jury found Mr. Raynard Boston not guilty of Attempted 1st degree Murder and 1st Degree Assault.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

**Criminal Defense Investigation**

The Law Office of M. Dennis Murphy retained my services to investigate the criminal charges filed against John Delich, reconstruct the crime scene that involved police officers' discharging their firearms, consult on Anne Arundel County Police Department's (AACPD) general orders and standard operating procedures, consult on on AACPD's Police Tactics, consult on AACPD's "Use of Force" investigation involving police officers discharging their service issued firearms, and reviewing, investigating, and critiquing AACPD detective's investigation.

State of Maryland vs John C. Delich – 02- K-15-CR-0000 - 1st Degree Assault on police officers.

> *"On March 15th, 2015, John Delich was accussed of pointing and firing a loaded semi-automatic firearm at three (3) Anne Arundel County Police Department (AACPD) officers, who had responded to Mr. Delich's home for a "man with a gun" call for service. As four (4) officers surrounded Mr. Delich's house to investigate the "man with a gun" call for service, Mr. Delich opened and exited his garage door to investigate the unknown intruders (officers) on his property armed with a loaded semi-automatic handgun. Three (3) officers confronted Mr. Delich at the garage door entrance and an exchange of gunfire was reported by the police officers. Mr. Delich suffered a gunshot injury as he closed his garage door for cover and a barracde situation was initiated by the police. None of the police officer's suffered any injuries. Mr. Delich was eventually arrested and charged with three (3) counts of 1st Degree Assault on a police officer."*

The AACPD conducted a "Use of Force" investigation into the discharging of the three (3) officers' service issued firearms and the gunshot wounding of a suspect. An AACPD Crime Scene Search Unit processed and photographed the shooting scene and collected evidence. The three (3) officers' actions in the "Use of Force" investigation was ruled "Justified" by the AACPD.

The crime scene reconstruction consisted of the crime scene being diagramed, measurments taken of the bullet enry and exit holes to include trajectory angles by using the photographs taken at the scene by AACPD and actual physical inspection of the gunshots destruction evidence. Inspection of Mr. Delich's garage, garage door (open and closing), trajectory investigaion of Mr. Delich's garage, interior and exterior of his house from bullets striking the property and walls to include his vehicle inside the garage, as well as the trajectory evidence of the bullet that struck Mr. Delich.

The reconstruction of the crime scene revealed Mr. Delich was armed with a loaded semi-automatic handgun when he opened and exited his garage; that Mr. Delich had not fired his handgun at any police officer at the scene, as reported by the officers; that Mr. Delich was fired upon first by one of the officers and Mr. Delich fled back into his garage; Mr. Delich ran to the back of the garage and closed the garage door; as the garage door closed, two (2) other police officers fired their service issued firearms at Mr. Delich; the two (2) officers reported that Mr. Delich had pointed his handgun at the officers in a threatening manner before they (officers) fired upon Mr. Delich; physical evidence revealed that Mr. Delich suffered a single gunshot injury to his lower leg from the gunfire of a police officer while in the back of the garage (blood evidence)after he had started closing the garage door; trajectory evidence revealed that the two (2) officers could not have fired at Mr. Delich before the garage door was closing; the trajectory angles of the officers' firing their service firearms was more consistent with the garage door closing as the officers were firing their service firearms; the physical evidence at the crime scene did not corrobbarate the officers verision of events and that the two (2) officers testimony was not factual.

A Judge found Mr. John C. Delich not guilty of all 1st Degree Assault charges on the police officers.
*****************************************************************************************************

**Criminal Defense Investigation**

The Office of the Public Defender Anne Arundel County (OPDAAC) retained my services to investigate the criminal charges filed against Calvin Johnson, reconstruct the crime scene that involed the police officer's discharging of his firearm, consult on Anne Arundel County Police Department's (AACPD) general orders and standard operating procedures, consult on AACPD's Police Tactics, consult on "Use of Force" investigation involving a police officer discharging his service issue firearm, and reviewing, investigating and critiquing AACPD detective's investigation.

State of Maryland vs Calvin Johnson - 02-K-06-002570 - 1st Degree Assault on a police officer

> *"On 11-3-2006, Calvin Johnson , while operating his motor vehicle, was was accused of attempting to run over a uniformed Anne Arundel County police officer. The police officer had attempted to execute a traffic stop on Mr. Johnson. The police officer exited his patrol vehicle and reported that Mr. Johnson aimed his vehicle at the police officer and drove directly towards the officer, pinning the officer against his patrol vehicle. This action by Mr. Johnson caused the officer to open fire on Mr. Johnson from a stationary position next to his patrol vehicle. Mr. Johnson suffered on gunshot injury and his vehicle was struck numerous times from the gunfire. The officer was not injuried in the offense. Mr. Johnson was subsequently arrested and charged with 1st Degree Assault on a police officer."*

The AACPD conducted a "Use of Force" investigation into the discharging of the officer's service issued firearm and the gunshot wounding of a suspect. An AACPD Crime Scene Search Unit processed and photographed the shooting scene, and collected evidence, but failed to diagram the shooting crime scene and take any measurements of the physical evidence recovered (shell casings) as it was not required by AACPD general orders nor their standard operating procedures. The officer's actions in the "Use of Force" investigation was ruled "Justified" by the Anne Arundel County Police Department.

The crime scene reconstruction consisted of the crime scene being diagramed, measurments taken of the shell casing placements by using the photographs taken at the scene by AACPD, the test firing of AACPD's service issue firearm to determine a shell casing ejection pattern of their firearms, inspection of Mr. Johnson's vehicle, trajectory investigaion of Mr. Johnson's vehicle (front hood and windshield) from bullets striking the vehicle and trajectory evidence of the bullet that struck Mr. Johnson after the bullet had struck the vehicle's steering wheel.

The reconstruction of the crime scene revealed that the officer was not in a stationary position when he fired his service weapon; diagraming the shell casing placements and the test fire of AACPD's service issue firearm for determing shell casing ejections revealed that the officer was walking towards the moving vehicle, into the street, and away from his patrol unit; the trajectory evidence in the moving vehicle's hood and windshield revealed that Mr. Johnson was driving his vehicle in the direction of the officer, but away from the officer and not towards the officer's patrol vehicle; the steering wheel trajectory evidence revealed that the moving vehilce had to be turned to the right to sustain that damage and strike Mr. Johnson, meaning the moving vehicle's steering wheel was turned away from the officer and was headed away from the direction of the officer when this damage was sustained.

A Jury found Mr. Calvin Johnson not guilty of 1st Degree Assault charges on a police officer.

****************************************************************************************************

**Civil Investigation**

The Law Office of Joseph, Greenwald and Laake, Attorney Timothy Maloney retained my services to investigate a civil complaint to be filed on behalf of Cheye Calvo, Mayor of Berwyn Heights, Maryland, against the Prince George's County of Maryland Sheriff's Department, reconstruct the crime scene that involved sheriff deputies' discharging their service issued firearms killing the Mayor's two (2) labradors dogs, securing the two (2) labradors for their respective necropsy, consult on Prince George's County Sheriff Department's (PGCSD) general orders and standard operating procedures, consult on on PGCSD's SWAT Tactics, consult on PGCSD's "Use of Force" investigation involving the sheriff deputies discharging their serivce issue firearm, and reviewing, investigating and critiquing PGCSD detective's investigation.

> *"On 7-29-2008, the PGCSD's SWAT team responded to the home of Mayor Cheye Calvo of Berwyn Heights, Maryland conducting a drug interdiction investigation and serving a search warrant on his home, not realizing the home was that of the Mayor of Berwyn Heights. The Sheriff's Swat team forcibly enetered the home without knocking and announcing themselves and immediately fataly shot the two (2) labradors and just missed striking the Mayor's mother-in-law who was in the line of fire. PGCSD, after the forced entry and shooting of the dogs, realized that Mayor Calvo had nothing to do with the drug intradiction investigation and was not charged."*

The PGCSD conducted a "Use of Force" investigation into the discharging of the deputie's service issued firearm and the killing of the labradors, as the two (2) labradors reportedly charged at the deputies in a threatening manner. A PGCSD Crime Scene Search Unit processed and photographed the shooting scene and collected evidence. The deputie's actions in the "Use of Force" investigation was ruled "Justified" by the PGCSD.

After the crime scene was released by PGCSD, a reconstruction of the crime scene consisted of recovering two (2) additional semi-automatic shell casings and one (1) bullet round fragment that PGCSD failed to recover. A necropsy of the two (2) labradors was conducted and bullets recovered from each of the labrador to determine trajectory evidence of the fired ammunition and the respective placement of the labradors as they were shot. The crime scene was diagramed, measurments taken of the shell casings and bullet fragment placements recovered. These recovered items of eveidence were turned over to PGCSD for further consideration in their investigation into the "Use of Force".

The reconstruction of the crime scene and collection of additional evidence revealed that two (2) deputies, not one (1) deputy, fired their service issued firearm. The necropsy bullet evidence recovered from the labradors and the trajectory evidence revealed that one labrador was shot as he layed at the foot of the kitchen entrance and the second labrador was shot as he was running away from the deputies after the forcibile entry. Neither labrador dog was charging the deputies as reported in the "Use of Force" investigation. The mother-in-law was between the labradors as they were being shot. She received no gunshot injury from this shooting. The reconsruction of the crime scene and collection of additional evidence corobborated the testimony of Mayor Cheye Calvo and his mother-in-law, which completely contradicted the testimony of the PGCSD deputies.

The lawsuit was settled for an undisclosed amount of money with new regulations and policies to be implemented by the PGCSD into the investigation of application and execution of search warrants and "Use of Force" standards.

*************************************************************************