# ATTACHMENT 2

Ex 5 Roberts’ BWC




Exhibit #1: MTPD Roberts’ BWC is initiated (No volume)




Exhibit #2: MTPD G. Allan stops child from passing through (No volume)

Ex 5 Roberts’ BWC




Exhibit #3: Citizen enters scene and hands Ms. Taylor metro pass (Volume starts)




Exhibit #4: First contact is made between Ms. Taylor and MTPD Roberts

Ex 5 Roberts' BWC




Exhibit #5: MTPD Roberts double arm pushes Ms. Taylor




Exhibit #6: MTPD Roberts advises Ms. Taylor she is under arrest

Ex 5 Roberts' BWC




Exhibit #7: MTPD Roberts has deployed his OC Spray towards Ms. Taylor on right-side of face.




Exhibit #8: MTPD Officer G. Hall first places hands on Ms. Taylor

Ex 5 Roberts' BWC




Exhibit #9: MTPD Officer Roberts repeatedly orders Ms. Taylor to "put your stomach on the ground"; MTPD Officer G. Hall repeatedly advising Ms. Taylor to "stop resisting";

Ms. Taylor is breathing heavily and exhibits signs of being heavily OC Sprayed to the right side of her face, right eye, nose, throat, neck, chest, shoulders, arms, and head. Ms. Taylor is exhibiting signs of pain and distress.




Exhibit #10: Both MTPD Officer Roberts and MTPD Officer G. Hall threatens to {we} spray Ms. Tayor again.

Ex 5 Roberts' BWC




Exhibit #11: MTPD Officer G. Hall asks Ms. Taylor to sit up, and Ms. Taylor starts to comply; MTPD Roberts then attempts to execute an armbar hold to bring Ms. Taylor's left arm behind her back. Ms. Taylor exhibits signs of pain.




Exhibit #12: Both MTPD Officer G. Hall and MTPD Officer Roberts repeatedly ask Ms. Taylor to sit up; Ms. Taylor starts to sit up, and MTPD Officer Roberts applies a handcuff wrist hold raising Ms. Taylor, inflicting pain on Ms. Taylor.

Ex 5 Roberts' BWC




Exhibit #13: MTPD Officer G. Hall keeps advising Ms. Taylor she's resisting; Ms. Taylor advises MTPD Officers she can't see; Ms. Taylor wants to "… can I wipe her face first." and showing signs of pain.




Exhibit #14: MTPD Officers will not allow Ms. Taylor to wipe her face because they keep trying to handcuff her.

Ex 5 Roberts' BWC




Exhibit #15: Ms. Taylor falls back to the ground




Exhibit #16: Ms. Taylor is back on ground because MTPD Officer Roberts is applying an arm lock and handcuffed wrist lock that involves pain compliance against Ms. Taylor, while being advised by the MTPD Officers that she is resisting.

Ex 5 Roberts' BWC




Exhibit #17: MTPD Officer Roberts handcuffs Ms. Taylor at 09: 36.50 after the initial OC spraying of Ms. Taylor at 09:31.22. Ms. Taylor continues to cough and is still exhibiting signs of pain and physiological issues. **(5:28.0 mins from OC spraying to handcuffing)**




Exhibit #18: Ms. Taylor advises other MTPD Officers "… I can't see, I can't breather, my body is burning, spitting, …" and drooling from the mouth

Ex 5 Roberts' BWC




Exhibit #19: Ms. Taylor, "… my nose it burns, my eye."; breathing heavily and drooling profusely




Exhibit #20: Witness advises she called for ambulance; they didn't call anybody

Ex 5 Roberts' BWC




Exhibit #21: DCFD Engine arrives on the scene at 09:44.14. Twelve Minutes and .52 seconds after Ms. Taylor had been OC sprayed.




Exhibit #22: MTPD Officer Roberts cleaning his hands before Ms. Taylor has received any medical treatment

Ex 5 Roberts' BWC




Exhibit #23: Ms. Taylor, "… I can't breathe, that shit is in my throat




Exhibit #24: Ms. Taylor complains to DCFD her wrist is already broke (???)

Ex 5 Roberts' BWC




Exhibit #25: Ms. Taylor receives medical attention to her eye and face by DCFD at 09:47.57.




Exhibit #26: Ms. Taylor has her face being washed off by DCFD.

Ex 5 Roberts' BWC




Exhibit #27: Ms. Taylor, "… It's hurting, it's burning like crazy, every time I move it burns … ."

Female MTPD L. Christian assists DCFD in washing off Ms. Taylor's face




Exhibit #28: DCFD washing off Ms. Taylor's face

Ex 5 Roberts' BWC




Exhibit #29: Ms. Taylor, "... I need some air, I can't breathe...". MTPD Officer L. Christian assisting Ms. Taylor with wiping her face with wet cloth.




Exhibit #30: MTPD Transporting Ms. Taylor to hospital