# ATTACHMENT 3

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #31: Kiosk view picturing MTPD G. Hall conversing with unknown male; 2 private security guards and the Kiosk attendant are also pictured



Exhibit #32: MTPD Officer Roberts enter Kiosk view, stationed outside of of the SmarTrip MetroCard fare gates

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #33: MTPD Officer G. Hall retrieves a MetroCard pass for the unknown male.



Exhibit #34: MTPD Officer G. Hall, while using his SmarTrip MetroCard, allows the unknown male to exit through the MetroCard fare gate.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #35: MTPD Officer G. Hall allows unknown male to exit through the MetroCard fare gate, while using MTPD Officer G. Hall's own MetroCard; MTPD Roberts is in a position to observe this event.



Exhibit #36: The unknown male that was allowed to exit the MetroCard fare gate by MTPD Office G. Hall, without a SmarTrip MetroCard walks past MTPD Officer Roberts; without being stopped by MTPD Officer Roberts.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #37: Ms. Taylor and her 11-year-old son enter the Kiosk view



Exhibit #38: Ms. Taylor and her 11-year-old son hug each other goodbye, as the 11-year-old son prepares to enter the MetroCard fare gate; MTPD Officer Roberts and MTPD Officer G. Hall look on as the pair hug.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #39: Ms. Taylor's 11-year-old son, holding a lunch bag and notebook, attempts to enter the Metrorail station at the handicap gate entrance without a SmarTrip MetroCard, as Ms. Taylor, MTPD Officer Roberts, MTPD Officer G. Hall, and a female private security guard look on; the handicap gate is locked.



Exhibit #40: MTPD Officer Roberts makes a police contact with Ms. Taylor and engages in a conversation with Ms. Taylor without initiating his BWC; MTPD Officer G. Hall and the female private security guard approach the handicap gate entrance.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #41: MTPD Officer Roberts steps closer to Ms. Taylor, while conducting the police contact and conversation with Ms. Taylor; MTPD Officer G. Hall and the female private security guard approach the handicap gate entrance where the 11-year-old son of Ms. Taylor was standing; everyone appears to be watching the police contact and conversation between MTPD Officer Roberts and Ms. Taylor; MTPD Officer Roberts' BWC has still not been initiated.



Exhibit #42: Ms. Taylor attempts to open the handicap gate with Ms. Taylor's 11-year-old son in hand; MTPD Officer Roberts, MTPD Officer G. Hall, the female private security guard, and the male private security guard look on; MTPD Officer Roberts steps closer to Ms. Taylor (about 1 meter) and MTPD Officer Roberts' BWC has still not been initiated.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #43: MTPD Officer Roberts steps even closer to Ms. Taylor and continues the police contact and conversation; it is believed that MTPD Officer Roberts' BWC at this point has to have been initiated, without notice to Mas. Taylor; MTPD Officer G. Hall, the female private security guard, and the male private security guard look on.



Exhibit #44: MTPD Officer Roberts continues the police contact and conversation with Ms. Taylor and both parties are using hand gestures to explain their points of view, as the female private security officer turns away and walks away from the conversation; MTPD Officer G. Hall continues to look on without intervening MTPDE Officer Roberts' police actions with Ms. Taylor and her 11-year-old son.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #45: MTPD Officer Roberts continues the police officer contact and conversation with Ms. Taylor and both parties are using hand gestures to explain their points of view; Ms. Taylor directs her 11-year-old son to go through the MetroCard fare gate; MTPD Officer G. Hall stops the 11-year-old son from gaining entry, and the female private security guard reacts by getting closer to the MetroCard fare gate.



Exhibit #46: Ms. Taylor and her 11-year-old son steps back away from the MetroCard fare gate and away from MTPD Officer Roberts; at NO TIME does Ms. Taylor have her hands cuffed in a threatening manner towards MTPD Officer Roberts; an unknown male WMATA fare rider enters the Kiosk are view from the escalator.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #47: Ms. Taylor continues to have conversation with MTPD Officer Roberts and has her 11-year-old son attempt to gain entry through the MetroCard fare gate, as the unknown male WMATA fare rider enters the event; MTPD Officer G. Hall, the private security guard step away, as the Kiosk attendant exits his Kiosk; Ms. Taylor does not cuff her hands in a threatening manner towards MTPD Officer Roberts; both Ms. Taylor and MTPD Officer Roberts extend the distance between each other.



Exhibit #48: MTPD Officer Roberts steps 2 meters towards Ms. Taylor, as Ms. Taylor steps back a meter away from the approaching MTPD Officer Roberts; again, Ms. Taylor does not have her haves cuffed in a threatening manner towards MTPD Officer Roberts; the unknown WMATA fare rider is now getting closer to this event, and the unknown WMATA fare rider is retrieving SmarTrip MetroCard.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #49: Ms. Taylor, again, steps away from the approaching MTPD Officer Roberts, leaving enough space between her and MTPD Officer Roberts that the unknown WMATA fare rider walks between the two of them and hands Ms. Taylor a SmarTrip MetroCard; MTPD Officer G. Hall, the 2 private security guards, the Kiosk attendant, and another WMATA employee look on.



Exhibit #50: Ms. Taylor accepts the SmarTrip MetroCard from the unknown WMATA fare rider and utilizes the SmarTrip MetroCard to have her 11-year-old son enter the MetroCard fare gate; MTPD Officer Roberts closes ground on Ms. Taylor as she is allowing her 11-year-old son to enter the MetroCard fare gate.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #51: After utilizing the SmarTrip MetroCard for her 11-year-old son to gain entry into the MetroCard fare gate, Ms. Taylor enters the MetroCard fare gate and reaches over the MetroCard fare gate screen to hand the SmarTrip MetroCard to her son; MTPD Officer Roberts continued to close ground behind Ms. Taylor and get closer to Ms. Taylor's space, while Ms. Taylor was standing inside the MetroCard fare gate entrance



Exhibit #52: After MTPD Officer Roberts had closed space on Ms. Taylor, when Ms. Taylor turns around after sending her 11-year-old son off to the Metrorail, MTPD Officer Roberts was standing right behind Ms. Taylor; contact between Ms. Taylor and MTPD Officer Roberts is very limited, if any, and not a willful contact or touching on Ms. Taylor's part; MTPD Officer G. Hall, the 2 private security guards, the Kiosk attendant, and the other WMATA employee continue look on.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #53: MTPD Officer Roberts applies a 2-hand straight-arm push against Ms. Taylor's right side of her upper body; again, MTPD Officer G. Hall, the 2 private security guards, the Kiosk attendant, and the other WMATA employee continue look on.



Exhibit #54: After MTPD Officer Roberts applied a 2-hand straight-arm push against Ms. Taylor's right side of her upper body, the force of the 2-hand straight-arm push against Ms. Taylor sends Ms. Taylor to the concrete barrier with a railing (about 3 meters); MTPD Officer Roberts immediately unholsters his department issued OC Spray and advises Ms. Taylor she is under arrest; MTPD Officer G. Hall, the 2 private security guards, the Kiosk attendant, and the other WMATA employee continued look on.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #55: MTPD Officer Roberts now retrieves his department issued handcuffs in an attempt to handcuff Ms. Taylor; Ms. Taylor has retreated to MTPD Officer G. Hall and has a conversation with MTPD Officer G. Hall, while he was standing behind the handicap gate.



Exhibit #56: Ms. Taylor resists handcuffing by MTPD Officer Roberts; MTPD Officer G. Hall, the 2 private security guards, the Kiosk attendant, and another WMATA employee continued look to on.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #57: Ms. Taylor walks away from MTPD Officer Roberts; MTPD Officer Roberts then deploys his OC Spray towards Ms. Taylor with 1 burst to the right-side face of Ms. Taylor



Exhibit #58: Ms. Taylor flees out of the picture view, being followed by MTPD Officer Roberts; MTPD Officer G. Hall walks over to assist MTPD Officer Roberts.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #59: The female private security officer reacts to the second-hand mace spray odor.



Exhibit #59: Unknown female WMATA employee reacts to the second-hand mace spray odor with coughing.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #60: The female private security guard allows an adult male to jump the other handicap gate admittance without a SmarTrip MetroCard



Exhibit #61: An unknown male jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #62: Another unknown male jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.



Exhibit #63: An unknown female jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #64: Another unknown male jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.



Exhibit #65: Another unknown female jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #66: Another unknown female jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.



Exhibit #67: Another unknown male jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.

"Congress Heights Metrorail station view of Kiosk View"



Exhibit #68: Another unknown male jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.



Exhibit #69: Another unknown female jumps the handicap gate without a SmarTrip MetroCard; the male private security guard allows the jumper through.